MARSHAUN FELIX WILLIAMS, Plaintiff Pro Se
176 Bradford Street
San Francisco, CA 94110-5704
Tel.: (415) 424-8221
Facsimile: (415) 926-5530
E-Mail: williams532001@yahoo.com

RECEIVED
MAY 21 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAUN FELIX WILLIAMS,<br><br>　　Plaintiff,<br><br>vs.<br><br>MANCY A. BERRYHILL,<br><br>　　Defendant | Case No. 3:17-cv-07164 JD<br><br>**STIPULATION FOR A FIRST EXTENTION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |

The parties respectfully stipulate for an extension of time of 60 days to file Plaintiff's Opening Brief and to also allow submission of additional medical evidence and other records proposed by Plaintiff for appropriate review and approval by the Council for its possible inclusion in the certified administrative record. This extension, initiated by the Plaintiff, is necessary to insure that all of the records are properly compiled to be utilized by the parties in this suit. Following this extension, the new due date for the filing of Plaintiff's Opening Brief will be on or before Monday, July 16, 2018.

Dated: May 15, 2018

By: /s/ Michael K. Marriot*
Special Assistant United States Attorney
* *By telephonic authorization on* May 15, 2018
Attorney for Defendant

Attorneys for Defendants

Dated: May 15, 2018

By: /s/ Marshaun Felix Williams
Plaintiff Pro Se

Attorneys for Plaintiff

ORDER

APPROVED AND SO ORDERED:

DATED: May 15, 2018

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 176 Bradford Street, San Francisco, California 94110-5704. I am not a party to the above-entitled action.

On May 15, 2018, I caused to be served the following party with Plaintiff's **STIPULATION FOR A FIRST EXTENTION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** by First Class Mail to:

> Michael K. Marriot
> Special Assistant United States Attorney
> Social Security Administration
> 160 Spear Street, Suite 800
> San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2018

Respectfully submitted,

By: /s/ Kevin B. Williams

---

Case No. 3:17-cv-07164    3
STIPULATION FOR A FIRST EXTENTION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF